# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACOB DANIEL CRETER, | ) | CASE NO. 1:20-cv-00840 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed on March 3, 2021, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED**.

                                                                  s/ *Jonathan D. Greenberg*
                                                                  U.S. Magistrate Judge

Date: March 3, 2021